**James I. WYNN, Jr., Plaintiff–
Appellant,**

v.

**AC ROCHESTER GENERAL MO-
TORS, CORP., James Whiteside, Per-
sonally And In His Capacity as Di-
rector of Personnel, International
Union, United Automobile Aerospace
& Agricultural Implement Workers of
America, Denny Milford, Personally
And In His Capacity as President of
Local 1097, Defendants–Appellees.**

No. 04–2212–CV.

United States Court of Appeals,
Second Circuit.

Nov. 17, 2005.

James I. Wynn, Jr., Rochester, New
York, for Appellant, pro se.

James Holahan, Ward Norris Heller &
Reidy LLP, Rochester, New York for AC
Rochester General Motors Corporation
and James Whiteside.

Catherine J. Trafton and Daniel W.
Sherrick, International Union, UAW, De-
troit, Michigan and Richard Lipsitz and
John A. Collins, Lipsitz, Green Fahringer,
Roll, Salisbury & Cambria LLP, Buffalo,
New York for International Union, United
Automobile, Aerospace and Agricultural

Implement Workers of America and Den-
ny Milford.

Present: MINER, KATZMANN, and
WESLEY, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED** that the appeal is
**STAYED** as to AC Rochester General Mo-
tors Corporation and James Whiteside and
**DISMISSED** as moot as to International
Union of United Automobile, Aerospace
and Agricultural Implement Workers of
America and Denny Milford ("UAW").

James I. Wynn, Jr., *pro se,* appeals from
the order of the United States District
Court for the Western District of New
York (Larimer, *J.*) denying his motion to
proceed *in forma pauperis* on a prior ap-
peal and to correct the transcripts of the
district court hearing to determine wheth-
er that court would impose sanctions for
Wynn's repetitive litigation of the matter.
In May 2004, in Wynn's prior appeal, this
Court affirmed the district court's dismiss-
al of Wynn's underlying complaint and the
award of sanctions. *See Wynn v. AC
Rochester General Motors Corp.,* 96 Fed.
Appx. 768 (2d Cir.2004). Accordingly, his
present appeal is moot. However on Octo-
ber 8, 2005, Delphi, formerly AC Roch-
ester General Corporation, filed bankrupt-
cy. Accordingly, pursuant to section 362
of the Bankruptcy Code, these proceedings
are stayed against AC Rochester General
Motors Corporation and James Whiteside,
Personnel Director. However the stay is
not automatically applicable to the non
bankrupt co-defendants, *see Teachers Ins.
& Annuity Ass'n of Am. v. Butler,* 803
F.2d 61, 65 (2d Cir.1986), and thus, the
appeal is dismissed as moot against the
UAW and Denny Milford.

For the foregoing reasons, we **STAY** the appeal as to AC Rochester General Motors Corporation and James Whiteside, and **DISMISS** the appeal as moot as to the UAW and Denny Milford.